AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

FILED

2004 NOV 15 P 3:36 U.S. DISTRICT COURT NEW HAVEN, CT

DISTRICT OF —— CT

USA v. Davila

EXHIBIT AND WITNESS LIST

CASE NUMBER: 02cr258(EB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | S. Reynolds / B. Spears | T. Pothin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/21/04 - 6/28/04 | Falzarano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Sealed Records of Christopher Black |
| 2 | | 6/28/04 | | | Note from Jury & Response from Ju[dge] |

Question –

Was the Wallingford post office or any part of closed or operations shut down due to this letter?

*Bennett*

No. *[signature] Sr. USDJ*

COURT'S
EXHIBIT
2
02CR258