UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR258 (EBB) |
| | : | |
| v. | : | |
| | : | |
| NOEL DAVILA, aka "Monk" | : | NOVEMBER 22, 2004 |

## MOTION TO CONTINUE SENTENCING

The government respectfully requests that the sentencing in the above-captioned matter be continued to a date and time on or after December 27, 2004, for the reasons set forth herein. Counsel for the defendant has no objection to this request.

The government is represented in this matter by Assistant United States Attorney Stephen B. Reynolds. On November 10, 2004, undersigned counsel's first child was born and he has only recently returned to the office following some paternity leave.

Upon his return, undersigned counsel has been preparing for trial in the matter of United States v. Jorge Orlando Ardila, a/k/a "Angel Rivera," a/k/a "Omar," 3:03CR261 (AHN), which was anticipated to go to trial in January 2005, but due to scheduling conflicts, was accelerated to go to trial in December, rather than await availability in April 2005. The case now has firm trial dates for jury selection on December 1, 2004 and evidence is set to begin on December 6, 2004.

The lead defendant in the Ardila case is alleged to have been the primary source of supply for the narcotics trafficking activities of the Frank Estrada Organization (see United States v. Frank Estrada, et al., 3:00CR227 (SRU)). The "Omar" matter is a spin-off of the Estrada case and the result of a long-running investigation of numerous individuals associated with narcotics trafficking in Bridgeport, Connecticut and elsewhere. Among other things, the

"Omar" investigation involved extensive physical surveillance, numerous consensual recordings relating to controlled narcotics purchases, and two Title III wiretaps related to narcotics trafficking. The trial is expected to take between one and two weeks.

In addition, undersigned counsel has also been preparing for a matter before the Second Circuit in the case of United States v. Wayne Sinclair, 03-1415-cr (2d Cir.), 3:02CR308 (JCH) (D. Conn.), which is scheduled for argument on Thursday, December 2, 2004.

Attention to these matters has prevented counsel from having an adequate opportunity to complete the government's sentencing memo for the Davila case or to adequately prepare for the sentencing that is currently scheduled for Monday, November 29, 2004.

Pursuant to the Local Rules for the District of Connecticut, on November 22, 2004, government counsel contacted counsel for the defendant, Timothy Pothin, who indicated that he had no objection to the request and, indeed, had intended to contact undersigned counsel to seek a continuance as well, on separate grounds – namely, that certain pending cases that could potentially impact sentencing may soon be resolved. In light of the above, the parties agreed that requesting a continuance of approximately 30 days was advisable.

For the foregoing reasons, the government respectfully requests that the Court grant its unopposed motion to continue sentencing and respectfully requests a rescheduled sentencing at a date and time convenient for the Court sometime after December 27, 2004.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5575 (fax)
Stephen.Reynolds@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was forwarded by mail this 22nd day of November 2004 to:

    Timothy Pothin, Esq.
    Lynch, Traub, Keefe & Errante
    52 Trumbull Street
    P. O. Box 1612
    New Haven, CT  06510

    _____
    STEPHEN B. REYNOLDS
    ASSISTANT UNITED STATES ATTORNEY