UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR258 (EBB) |
| V. | : | |
| NOEL DAVILA | : | FEBRUARY 2, 2005 |

**REQUEST FOR PSYCHIATRIC EXAMINATION AND HEARING**

Pursuant to Rule 32 of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3552(c) and 18 U.S.C. § 4244, the defendant by the undersigned respectfully requests that the court order a psychiatric evaluation of the defendant to determine (1) if he remains competent, (2) to further determine whether he suffers from a psychiatric disorder or mental disease that should be addressed as part of his sentence, (3) to address questions regarding defendant's mental state at the time the offenses charged in this indictment were allegedly committed and (4) to assist the court in determining whether care and custody in a suitable treatment facility should be ordered as part of the defendant's sentence.  The defendant also requests a hearing either at the time of sentencing or before sentencing to

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA v. - TPP\REQUEST ORDER PSYCHIATRIC EXAM.DOC
-1-

determine whether the defendant should be committed for a period of time to a suitable hospital facility.  In support of this motion, the defendant submits:

   1.   He was examined for competency in April 2003, and although he was found competent he was suffering from a mental disease, major depressive disorder ("Exhibit A");

   2.   The defendant was being treated for clinical depression and mental disease and he was prescribed anti-depressant medication in 2002 prior to August of 2002.

   3.   Vladamir Coric, M.D. testified in June of 2004 that the defendant was indeed clinically depressed and in need of medication.

   4.   The defendant is currently being treated for depression, a mental disease, and he continues to have difficulty obtaining appropriate treatment at the State Correctional facility.

   5.   Counsel for the government, Stephen Reynolds, Esq., has indicated that he has no objection to this request for a psychiatric examination.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\REQUEST ORDER PSYCHIATRIC EXAM.DOC
-2-

```
                              THE DEFENDANT
                              NOEL DAVILA


                              BY:_____
                                  TIMOTHY P. POTHIN, ESQ.
                                  Lynch, Traub, Keefe & Errante
                                  52 Trumbull Street
                                  P.O. Box 1612
                                  New Haven, CT 06506
                                  (203) 787-0275
                                  Federal Bar No. ct02744
```

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed on February 2, 2005, to all counsel and pro se parties of record as follows:

Stephen B. Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

```
                              _____
                              Timothy P. Pothin, Esq.
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\REQUEST ORDER PSYCHIATRIC EXAM.DOC

-3-