UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA   :   CRIMINAL NO. 3:02CR258 (EBB)

V.                         :

NOEL DAVILA                :   FEBRUARY 2, 2005

### MOTION FOR CONTINUANCE

The defendant by the undersigned respectfully requests that the sentencing in this matter be continued for one month until March 9, 2005 or to some later date at the convenience of the court and counsel for the government.  The purpose of this request is to allow the undersigned to obtain a psychiatric evaluation of the defendant and to enable the undersigned to supplement his sentencing memoranda in the wake of <u>United States v. Booker</u>, 543 U.S. _____ 125 S.Ct. 738 (January 12, 2005). The government, by Stephen Reynolds, AUSA, has no objection to this request.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA v. - TPP\MOTION CONTINUANCE.DOC

-1-

```
                                    THE DEFENDANT
                                    NOEL DAVILA



                            BY:_____
                                TIMOTHY P. POTHIN, ESQ.
                                Lynch, Traub, Keefe & Errante
                                52 Trumbull Street
                                P.O. Box 1612
                                New Haven, CT 06506
                                (203) 787-0275
                                Federal Bar No. ct02744
```

                             CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed on
February 2, 2005, to all counsel and pro se parties of record as
follows:

Stephen B. Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604


                                    _____
                                    Timothy P. Pothin, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\MOTION CONTINUANCE.DOC

-2-