UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR258 (EBB) |
| V. | : | |
| NOEL DAVILA | : | FEBRUARY 2, 2005 |

### WAIVER RE: SENTENCING

For the period of time between June 28, 2004 and including March 9, 2005, the defendant Noel Davila, by the undersigned, waives any claim he may have that his sentencing was delayed unreasonably in violation of Rule 32 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States.  In fact, the undersigned has requested delays in sentencing so that the Court and the defendant could approach the sentencing with the benefit of the wisdom of the United States Supreme Court in United States v. Booker, 543 U.S. _____, 125 S.Ct. 738 (January 12, 2005).

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\WAIVER RE-SENTENCING.DOC
-1-

```
                                    THE DEFENDANT
                                    NOEL DAVILA



                              BY:_____
                                    TIMOTHY P. POTHIN, ESQ.
                                    Lynch, Traub, Keefe & Errante
                                    52 Trumbull Street
                                    P.O. Box 1612
                                    New Haven, CT 06506
                                    (203) 787-0275
                                    Federal Bar No. ct02744
```

<u>CERTIFICATION</u>

   I hereby certify that a copy of the foregoing was mailed on February 2, 2005, to all counsel and pro se parties of record as follows:

Stephen B. Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604


                              _____
                              Timothy P. Pothin, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\WAIVER RE-SENTENCING.DOC
-2-