UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR258 (EBB) |
| V. | : | |
| NOEL DAVILA | : | FEBRUARY 2, 2005 |

**MOTION FOR PERMISSION TO INCUR CJA EXPENSES**

The undersigned respectfully requests permission of this court to retain a psychiatrist to examine the defendant and to testify at the defendant's sentencing hearing regarding defendant's current psychiatric status, his competency and his mental status or psychiatric status in August, 2002, at times alleged in the indictment.

```
                                THE DEFENDANT
                                NOEL DAVILA


                                BY:_____
                                    TIMOTHY P. POTHIN, ESQ.
                                    Lynch, Traub, Keefe & Errante
                                    52 Trumbull Street
                                    P.O. Box 1612
                                    New Haven, CT 06506
                                    (203) 787-0275
                                    Federal Bar No. ct02744
```

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\MOTION PERMISSION INCUR CJA EXPENSES.DOC
-1-

CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed on February 2, 2005, to all counsel and pro se parties of record as follows:

Stephen B. Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

                                                              _____
                                                              Timothy P. Pothin, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA v. - TPP\MOTION PERMISSION INCUR CJA EXPENSES.DOC
-2-