UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR258 (EBB) |
| V. | : | |
| NOEL DAVILA | : | March 8, 2005 |

## MOTION FOR CONTINUANCE

The defendant by the undersigned respectfully requests that the sentencing in this matter be continued for one month until April 5, 2005 or to some later date at the convenience of the court and counsel for the government.  The purpose of this request is to allow the undersigned to obtain a psychiatric evaluation of the defendant.  The undersigned has retained Humberto Temporini M.D. to complete a psychiatric examination of the defendant.  Dr. Temporini requests additional time to complete his examination and to review the defendant's medical records.

The government, by Stephen Reynolds, AUSA, has no objection to this request.

THE DEFENDANT
NOEL DAVILA


BY:_____
    TIMOCHY P. POTHIN, ESQ.
    Lynch, Traub, Keefe & Errante
    52 Trumbull Street
    P.O. Box 1612
    New Haven, CT 06506
    (203) 787-0275
    Federal Bar No. ct02744

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on March 8, 2005, to all counsel and pro se parties of record as follows:

Stephen B. Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604


_____
Timothy P. Pothin, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA v. - TPP\MOTION CONTINUANCE 3-7-05.DOC
-2-