UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :    CRIMINAL NO. 3:02CR258 (EBB)

V.                               :

NOEL DAVILA                :    MAY 18, 2005

### MOTION FOR PERMISSION TO PROCEED IN FORMA PAUPERIS

The defendant, having previously been found indigent, hereby requests permission to proceed with the appeal in this matter in forma pauperis.  The undersigned was appointed to relieve the federal public defender to represent the defendant pursuant to the Criminal Justice.

Accordingly, the defendant respectfully requests that the Honorable Court waive the statutory docket fee and processing fee for his appeal.

          THE DEFENDANT, NOEL DAVILA

          BY:_____
            TIMOTHY P. POTHIN, ESQ.
            Lynch, Traub, Keefe & Errante
            52 Trumbull Street
            P.O. Box 1612
            New Haven, CT 06506
            (203) 787-0275
            Federal Bar No. ct02744

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\MPD MOTION PERMISSION 05-16-05.DOC

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed on May 18, 2005, to all counsel and pro se parties of record as follows:

Stephen B. Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604


_____
Timothy P. Pothin, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA v. - TPP\MPD MOTION PERMISSION 05-16-05.DOC