Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of __Connecticut__

United States

Noel Davila

2005 MAY 18 P 1:58

Docket No.: __3:02CR258 (EBB)__

Hon. __Ellen B. Burns__
(District Court Judge)

Notice is hereby given that ___Noel Davila___ appeals to the United States Court of Appeals for the Second Circuit from the judgment [_X_], other [____]
(specify)

entered in this action on __May 11, 2005__
(date)

Offense occurred after November 1, 1987   Yes [_X_]   No [____]

This appeal concerns: Conviction only [____]   Sentence only [____]   No [_X_] Both conviction and sentence

Date __May 16, 2005__
TO

See attached sheet.

__Timothy P. Pothin__
(Counsel for Appellant)

Address __Lynch, Traub, Keefe & Errante__
__52 Trumbull Street__
__New Haven, CT 06510__

Telephone Number: __203.787.0275__

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [_X_] I am ordering a transcript<br>[____] I am not ordering a transcript<br>Reason<br>[____] Daily copy is available<br>[____] U.S. Attorney has placed order<br>[____] Other. Attach explanation | Prepare transcript of<br>[_X_] Prepare proceedings __6/8/04, 6/16/04__ Dates<br>[_X_] Trial __6/21/04-6/25/04; 6/28/04__<br>[_X_] Sentencing __5/11/05__<br>[____] Post-trial proceedings | |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment   [____] Funds [____]   CJA Form 24 [_X_]

ATTORNEY'S SIGNATURE _/s/_   DATE __5/18/05__

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02

Appeals Clerk
United States District Court
141 Church Street
New Haven, CT 06510

Stephen B. Reynolds, Esq.
Assistant United States Attorney
United States District Court
915 Layafette Boulevard
Bridgeport, CT 06604

Falzarano Reporting Services
117 North Saddle Ridge
West Simsbury, CT 06052

Honorable Ellen B. Burns
United States District Judge
United States District Court
141 Church Street
New Haven, CT 06510