UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 3:02CR00258(EBB)

NOEL DAVILA :

## ORDER AMENDING THE ORIGINAL
## JUDGMENT AND COMMITMENT ORDER

The above named defendant was sentenced on May 11, 2005, following his conviction on the following violations: 18 U.S.C. § 2332a, Threatening the Use of a Weapon of Mass Destruction, and 18 U.S.C. § 876(c), Mailing Threatening Communications, to the custody of the Bureau of Prisons for 360 months to run concurrently. The original judgment and commitment order is amended as follows:

"Mandatory conditions to be imposed:

1. The defendant shall not commit another federal, state or local offense.
2. The defendant shall not unlawfully possess a controlled substance.
4. The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
8. The defendant shall cooperate in the collection of a DNA sample from the defendant.

Special conditions to be imposed:

1. The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the Probation Office, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the cost associated with such treatment, based upon his ability to pay, in an amount to be determined by the probation officer.
2. The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as approved by the Probation Office. The defendant shall pay all or a portion of the cost associated with such treatment, based upon his ability to pay, in an amount to be determined by the probation officer.

3. The defendant is ordered not to contact or attempt to contact in person, through the mail, or in any other manner, the victim of the offense (Bridgeport State Attorney's Office).
4. The defendant shall participate in vocational training approved by the U.S. Probation Office.
5. The defendant shall submit his person, residence, office, or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition."

In all other respects the original Judgment and Commitment Order remains the same.

Signed this _24th_ day of May, 2005 at New Haven, Connecticut.

The Honorable Ellen Bree Burns
Senior United States District Judge