UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:02CR258 (EBB) |
| V. | : | |
| NOEL DAVILA | : | JULY 28, 2005 |

## NOTICE OF FILING OF INDEX

Pursuant to F.R.A.P. Rule 10(b) and Rule 11, the defendant hereby certifies that he has filed herewith the Index of the record to be provided to Second Circuit Court of Appeals in connection with the appeal filed by defendant Noel Davila.

THE DEFENDANT
NOEL DAVILA


BY:_____
TIMOTHY P. POTHIN, ESQ.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506
(203) 787-0275
Federal Bar No. ct02744

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\NOTICE FILING INDEX.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on July 6, 2005, to all counsel and pro se parties of record as follows:

Stephen B. Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

_____
Timothy P. Pothin, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20456 N. DAVILA\001 USA V. - TPP\NOTICE FILING INDEX.DOC