*District Court* [handwritten]

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

**CLERK**

Date:               8/1/05

Docket Number:      05-2545-cr
Short Title:        USA v. Davila
DC Docket Number:   02-cr-258
DC:                 DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:           Honorable Ellen Burns

SUBSEQUENT SCHEDULING ORDER #2
CRIMINAL

ADDRESS INQUIRIES TO (212) 857 - 8515

**An initial request for extension of time having been made:**

IT IS HEREBY ORDERED that the following scheduling order, effective as of **08/01/2005,** will govern the progress of the appeal.

IT IS HEREBY ORDERED that the index in lieu of the record, or the record on appeal shall be filed on or before **08/01/2005** .

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix shall be filed on or  before **09/01/2005**.

IT IS FURTHER ORDERED that the brief of the appellee shall be filed on or before **10/03/2005**.

IT IS FURTHER ORDERED that ten (10) copies of each brief  shall be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal may be scheduled as early than the week of **11/14/2005**.

All counsel should immediately advise the Clerk of the Court by letter of the dates thereafter that the are unavailable for oral argument. The time and place of oral argument shall be separately  noticed  by the Clerk to the counsel.

IT IS FURTHER ORDERED that in the event of default by appellant in filing the record on appell, or the appellant's brief and joint appendix, at the times directed, or upon default of the appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, such appellee shall be subjected to such sanctions as the court may deem appropriate.

**Any request for an extension of this briefing schedule shall <u>only</u> be entertained by motion, and the general of a 30-day extension of time shall not apply to such requests.**

By: _Michelle Roker_

Michelle Roker
Deputy Clerk, USCA

Dated: 8/1/2005